IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

WILLIAM A. FOSTER,

    Defendant,

v.

TIM BRUNSMAN, Warden,

    Respondent.

CASE NO. 2:09-cv-214
JUDGE SARGUS
MAGISTRATE JUDGE ABEL

## ORDER

This matter is before the Court on Petitioner's September 24, 2010, motion for reconsideration of the this Court's September 10, 2010, dismissing habeas corpus claim five and denying Petitioner's request for discovery, motion to expand the record, and evidentiary hearing. (Doc. 36.) In his motion for reconsideration, Petitioner makes arguments regarding the procedural default of claims three and four; however, those claims were not resolved in the order Petitioner now seeks this Court to reconsider, and such arguments will not now be considered here. Further, Petitioner has raised no reason for this Court to alter its denial of Petitioner's request for discovery, motion to expand the record, or evidentiary hearing.

Therefore, Petitioner's motion for reconsideration, (Doc. 38) is **DENIED.**

**IT IS SO ORDERED**.

                                                E. Sargus  2-22-2011
                                          United States Magistrate Judge