AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**WILLIAM A. FOSTER,**

    **Defendant,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**TIM BRUNSMAN, WARDEN,**      CASE NO.  C2-09-214
                                             JUDGE EDMUND A. SARGUS, JR.
    **Respondent.**      MAGISTRATE JUDGE MARK R. ABEL

___     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the OPINION and ORDER filed June 22, 2011, JUDGMENT is hereby entered DISMISSING this action.**

Date: June 22, 2011      JAMES BONINI, CLERK


    */S/ Andy F. Quisumbing*
    (By) Andy F. Quisumbing
    Courtroom Deputy Clerk